UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-31364 |
| LEE, SEUNG Y | Chapter: 7 -- Liquidation |
| LIM, NAM D | Judge: STACEY L. MEISEL |

**NOTICE OF PROPOSED ABANDONMENT**

 Nicholas J. Delzotti , Trustee  in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable  STACEY L. MEISEL  on  01/10/2017  at  10:00  a.m. at the United States Bankruptcy Court, Courtroom no.  3A . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 688 Chestnut Avenue<br>Teaneck, NJ  07666<br>Property has a fair market value of $301,736.00 per<br>Re/Max Fortune Properties |
|---|---|

| Liens on property: | Mortgages are held by<br>Chase Bank<br>with a balance of $44,075.00 &<br>Ditech with a balance of $371,449.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     Nicholas J. Delzotti
Address:  PO Box, 20117, Newark, NJ 07102
Telephone No.:  (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31364-SLM
Seung Y Lee                                                               Chapter 7
Nam D Lim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Dec 08, 2016
                              Form ID: pdf905          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.
```
db/jdb         +Seung Y Lee,    Nam D Lim,    688 Chestnut Ave,    Teaneck, NJ 07666-2404
516488509      +American Express,    American Express Legal,    PO Box 278,    Ramsey, NJ 07446-0278
516488512     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998)
516488510      Bank of America,    c/o Frederic Weinberg,    120 Laurel Oak Road,    Suite 104,
                Voorhees, NJ 08043
516488514      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
516488513      Chase,    PO Box 24696,    Columbus, OH 43224-0696
516488515     +Ditech,    c/o Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,
                Mount Laurel, NJ 08054-4318
516497909      JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,     P.O. Box 80730,
                Rochester, MI 48308-0730
516488518     +Lai Yuet Leung,    53-28 Clearview Expressway,    Oakland Gardens, NY 11364-1707
516488517     +Lai Yuet Leung,    c/o Wong, Wong & Associates,    150 Broadway, STE 1588,
                New York, NY 10038-4305
516488519     +Noah Bank,    c/o Philip R Kaufman, Esq.,    54 Woodbridge Ave,    Highland Park, NJ 08904-3257
516488521     +PNC Bank NA,    PO Box 3180,    Pittsburgh, PA 15230-3180
516488520      PNC Bank NA,    c/o WW&R,    323 W. Lakeside Ave,    Suite 200,    Cleveland, OH 44113-1009
516488523     +Shiel Medical Labs,    c/o Paul Michael Marketing,    159-16 Union Tpke,    Suite 302,
                Flushing, NY 11366-1955
516488522     +Shiel Medical Labs,    c/o Paul Michael Marketing,    18609 Union Tpke,    Flushing, NY 11366-1741
516488526     +TD Bank/Target,    PO Box 673,    Minneapolis, MN 55440-0673
516488525     +TD Bank/Target,    c/o ERC,    PO Box 57610,    Jacksonville, FL 32241-7610
516488527      Teaneck Emergency Physicians,    c/o Amerifinancial Solutions,    PO Box 602570,
                Charlotte, NC 28260-2570
516488528    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank RMS CC,     205 W 4th St,    Cincinnati, OH 45202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2016 23:39:40     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2016 23:39:38      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516488516      E-mail/Text: bankruptcy.bnc@ditech.com Dec 08 2016 23:39:27     Ditech,    PO Box 6172,
                Rapid City, SD 57709-6172
516488524     +E-mail/Text: birminghamtops@sba.gov Dec 08 2016 23:39:59     Small Business Administration,
                801 Tom Martin Drive,    Suite 120,    Birmingham, AL 35211-6424
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516488511*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Dec 08, 2016
                               Form ID: pdf905          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Hyung S. Kim    on behalf of Debtor Seung Y Lee James@hskimLaw.com,   Soo@hskimlaw.com
          Hyung S. Kim    on behalf of Joint Debtor Nam D Lim James@hskimLaw.com,   Soo@hskimlaw.com
          Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
           NJ58@ecfcbis.com
          Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
                                                                                                             TOTAL: 5