Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                     Case No.:  16–31364–SLM
                                     Chapter:  7
                                     Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Seung Y Lee                                        Nam D Lim
  688 Chestnut Ave                                   688 Chestnut Ave
  Teaneck, NJ 07666                                  Teaneck, NJ 07666

Social Security No.:
  xxx–xx–5355                                        xxx–xx–5357

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 8, 2017</u>            <u>Stacey L. Meisel</u>
                                          Judge, United States Bankruptcy Court